AO 91 (Rev. 11/11)   Criminal Complaint

LODGED
CLERK, U.S. DISTRICT COURT
12/07/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
12/7/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KC   DEPUTY

UNITED STATES OF AMERICA,  )
v.                          )
ELIAZER ROBLES-VELASCO,     )   Case No. 5:21-mj-00710
                            )
                            )
                            )
                            )

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 28, 2019** in the county of **San Bernardino** in the **Central** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), and (b)(2) | Illegal Re-entry of a Deported or Removed Alien |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

/S/
*Complainant's signature*

Deportation Officer, Carlos Martinez
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 7, 2021

*Judge's signature*

City and state: Riverside, CA

Hon. Sheri Pym, U.S. Magistrate Judge

AUSA: Courtney Malden (x1473)

**AFFIDAVIT**

I, Carlos Martinez Jr., being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since September 2006. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience reviewing immigration files, removal proceedings and executed final orders of removal.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint charging Eliazer ROBLES-VELASCO, also known as "Eliazer Robles," with a violation of 8 U.S.C §§ 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

4.  On July 22, 2019, as part of my routine database checks, I learned that ROBLES-VELASCO had been convicted on May 28, 2019, of Possession for Sale of Methamphetamine in violation of California Health and Safety Code Section 11378 and is serving a jail term in San Bernardino County jail.  She is scheduled to be released on October 22, 2022.  Based on this information, I undertook the present investigation of ROBLES-VELASCO.

5.  Based on my training and experience, I know that the United States Department of Homeland Security ("DHS") maintains Alien Registration Files ("A-Files") which contain immigration records for aliens admitted to or found within the United States.  Based on my review of many such A-Files, I know that they contain photographs, fingerprints, court records, and records of deportations or removals relating to the alien for whom DHS maintains the A-File.

6.  On November 2, 2021, I obtained and reviewed the DHS A-File A092 822 098, which is maintained for the subject alien "Eliazer Robles-Velasco."  The A-File contained the following documents and information:

    a.  The fingerprints of the alien "Eliazer ROBLES-VELASCO" as well FBI Number 58971KB2, which is associated with the alien and the fingerprints in the A-file.

    b.  Removal Order showing that ROBLES-VELASCO was ordered removed from the United States to Mexico on January 6, 2004.

    c. Executed I-205 Warrant of Removal/Deportation indicating that ROBLES-VELASCO was officially removed and deported from the United States on January 6, 2004.

    d. I know from my training and experience that an I-205 Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and fingerprint.  The executed I-205 Warrant of Removal/Deportation in ROBLES-VELASCO's DHS A-File contain her photograph, signature, and fingerprint.

    e. Photographs of the subject alien to whom DHS A-File A092 822 098 corresponds.  I compared those photographs to photographs taken of ROBLES-VELASCO at the time of her booking into the San Bernardino County Jail on or about April 25, 2019, and I believe that they depict the same person.

    f. A certified copy of conviction record, from the Superior Court of the State of California, County of San Diego, case number SCD143029, showing that ROBLES-VELASCO was convicted on or about April 28, 1999, for Sale or Transportation of Methamphetamine in violation of California Health and Safety Code Section 11379(a), for which ROBLES-VELASCO was sentenced to four years in prison.

    g. A certified copy of conviction record, from the Superior Court of the State of California, County of San Diego, case number SCD143029, showing that ROBLES-VELASCO was convicted On or about April 28, 1999, for Sale of Heroin, in violation of California Health and Safety Code Section 11352(a), for which

ROBLES-VELASCO was sentenced to four years in prison, to be served concurrently with the sentence for the above conviction.

      h.    A certified copy of conviction record, from the Superior Court of the State of California, County of San Bernardino, case number FWV19001355, showing that ROBLES-VELASCO was convicted on or about May 28, 2019, for Possession for Sale of Methamphetamine, in violation of California Health and Safety Code Section 11378, for which ROBLES-VELASCO was sentenced to two years in jail.

      i.    Various documents, in addition to the Warrant of Removal/Deportation, indicating that ROBLES-VELASCO is a native and citizen of Mexico. These documents include: (i) a Final Order of Deportation, dated January 6, 2004, ordering ROBLES-VELASCO deported to Mexico; (ii) a copy of ROBLES-VELASCO's birth certificate from Mexico.

      j.    On or about November 2, 2021, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII databases track and record arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that ROBLES-VELASCO had been convicted of the crimes reflected on the documents contained in the DHS A-File, described above.

    7.    On November 2, 2021, I reviewed the printouts of ICE computer indices on ROBLES-VELASCO. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States

by ICE, was deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that ROBLES-VELASCO had been deported on the date indicated on the Warrant of Removal/Deportation found in the DHS A-File. The ICE computer indices further indicated that ROBLES-VELASCO had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since ROBLES-VELASCO had last been deported.

      8.  Based on my review of ROBLES-VELASCO's DHS A-File, I have determined that her A-File does not contain any record of her ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

///

///

///

## IV. CONCLUSION

9. Based on the foregoing, I submit that there is probable cause to believe that ROBLES-VELASCO has violated 8 U.S.C. §§ 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1. by telephone on
this 7th day of December 2021.

_____
HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE